440 A.2d 1240

Commonwealth v. Goehring, Appellant.

Submitted December 5, 1980.   Dennis C. Pfannenschmidt, Assistant Public Defender, for appellant;  David Grine, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.